UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In Re:  
STEVE M SWATTLER

Chapter 13  
Case No. 2019-29047-BEH-13

Debtor

### ORDER DENYING TRUSTEE'S MOTION TO DISMISS

Based on an agreement between the Chapter 13 Trustee and the Debtor, the Trustee's motion to dismiss is denied subject to the following terms:

1. The Debtor must pay $1022.00 monthly, or whatever amount is in any modified plan, to the Office of the Chapter 13 Trustee on or before the last day of each month commencing with July, 2020 and continuing through and including December, 2020.

2. The Trustee may file an affidavit or certification of default and order dismissing this case if the Debtor fails to comply with the deadlines stated above.

3. This order is a Doomsday Order under this court's Uniform Procedure for Doomsday Orders; it incorporates and is subject to the Uniform Procedure for Doomsday Orders.

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

4. The denial of the motion to dismiss is without prejudice to the Trustee filing another motion for any future defaults.

**IT IS THEREFORE ORDERED THAT:**

Based on and subject to these agreed terms, the Motion to Dismiss is denied.

#####