

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: May 22, 2020

Beth E. Hanan
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In Re:<br>STEVE M SWATTLER | Case No. 2019-29047-BEH-13<br><br>Chapter 13 |
| Debtor | **ORDER REGARDING TRUSTEE'S**<br>**OBJECTION TO CONFIRMATION** |

    The Objection of the Chapter 13 Standing Trustee, Rebecca R. Garcia, to confirmation of the plan came for hearing before the Honorable Beth E. Hanan, United States Bankruptcy Judge in her Courtroom in Milwaukee, WI on the 19th day of May 2020;

    Jennifer K. Marchinowski, Staff Attorney, appeared in support of the Objection.   Attorney Steve Berg appeared on behalf of the debtor. After discussion;

    IT IS HEREBY ORDERED: The Trustee's objection to confirmation is sustained.

    IT IS FURTHER ORDERED: The debtor must file a modified plan on or before June 18, 2020.

#####

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**