UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
STEVE M SWATTLER

Chapter 13
Case No. 2019-29047-BEH-13

Debtor

**NOTICE OF TELEPHONIC HEARING & OBJECTION TO CONFIRMATION OF MODIFIED CHAPTER 13 PLAN**

Now comes the Chapter 13 Standing Trustee, Rebecca R. Garcia, and objects to confirmation of debtors' Chapter 13 Plan filed on June 18, 2020, for the reason that:

The proposed plan is not substantiated by a budget.

WHEREFORE, trustee prays for denial of confirmation of debtors' Chapter 13 Plan filed June 18, 2020.

## NOTICE OF TELEPHONE HEARING

TO:   STEVE M SWATTLER                    ESSERLAW LLC
      MOLLY M HICKS(NFS)                  Trustee Rebecca R. Garcia

PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **July 21 at 10:30 AM**, to consider the Trustee's Objection to Confirmation of the Modified Plan filed June 18, 2020.

**To appear by telephone, you must call the court conference line at 1-888-808-6929, and enter access code 9122579 before the scheduled hearing time.** The court may already be in session, so please wait quietly on the telephone for your case to be called. [If represented by an attorney, the debtor is welcome, but not required, to participate in this hearing. If the debtor is not represented by an attorney, the debtor is required to participate in this hearing.]

Dated the 16th day of July 2020.
/s/ Rebecca A. Quiroz
Staff Attorney

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:  
STEVE M SWATTLER

    Debtor

Case No. 2019-29047-BEH-13

Chapter 13  
**CERTIFICATE OF SERVICE**

STATE OF WISCONSIN )  
                    ) SS  
WINNEBAGO COUNTY)

    Jennifer L. Wojciechowki, being first duly sworn on oath, states that she is an employee in the office of Rebecca R. Garcia, Standing Chapter 13 Trustee, P.O. Box 3170, Oshkosh, WI 54903-3170 and on the 30th day of June 2020, a copy of the trustee's Objection to Confirmation of Chapter 13 Plan filed June 18, 2020, was mailed in a first class postage paid envelope to the following:

STEVE M SWATTLER  
MOLLY M HICKS(NFS)  
W6350 LILAC ROAD  
MENASHA, WI 54952

and the following were served electronically

ESSERLAW LLC

                              Dated the 16th day of July 2020.  
                                    /s/ Jennifer L. Wojciechowki  
                                  Jennifer L. Wojciechowki