THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: August 25, 2020

Beth E. Hanan
United States Bankruptcy Judge



U S BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:  
STEVE M SWATTLER

Case No. 2019-29047-BEH-13

Chapter 13

Debtors

**ORDER REGARDING TRUSTEE'S OBJECTION TO CONFIRMATION**

---

The Chapter 13 Standing Trustee having filed an Objection to Confirmation of the Debtor's plan, the Court conducted a hearing on August 25, 2020. The staff attorney for the Trustee, Rebecca A Quiroz, appeared in support of the Objection to Confirmation. No appearances were made on behalf of the debtor, who is Pro Se, before the honorable Beth E. Hanan. After discussion;

IT IS HEREBY ORDERED: That the Trustee's Objection to Confirmation is sustained.

IT IS FURTHER ORDERED: That the debtor has two (2) weeks from the date of the order to file an amended budget supporting the increased payments in the latest plan dated June 18,2020.

**Rebecca R. Garcia**  
**Chapter 13 Standing Trustee**  
**P O Box 3170**  
**Oshkosh, WI  54903-3170**  
**920.231.2150**  
**(Fax) 920.231.5713**  
**E-mail info@ch13oshkosh.com**

#####