UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:
STEVE M SWATTLER

Case No. 2019-29047-BEH-13

Debtor

Chapter 13

## ORDER DISMISSING CASE

Rebecca A. Quiroz, Staff Attorney for Rebecca R. Garcia, Chapter 13 Standing Trustee, filed Evidence of Default on September 14, 2020, indicating that the debtor has failed to make payments as required under prior Order of the Court;

IT IS HEREBY ORDERED that this case is dismissed effective immediately.

**Rebecca R. Garcia**
**Chapter 13 Standing Trustee**
**P O Box 3170**
**Oshkosh, WI 54903-3170**
**920.231.2150**
**Fax 920.231.5713**
**E-mail info@ch13oshkosh.com**

####